**Order entered December 4, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01167-CV

## IN THE ESTATE OF MELISSA WAGNER OSBORNE, DECEASED

**On Appeal from the Collin County Probate**
**Collin County, Texas**
**Trial Court Cause No. PB1-1506-2016**

## ORDER

On November 19, 2018, this Court ordered Jacqueline Love-Worline, deputy court reporter of Probate Court, to file a supplemental reporter's record containing Applicant's Exhibits A1 through A7 and Contestant's Exhibits A through Y. To date, we have not received the supplemental reporter's record nor have we had any communication from Ms. Love-Worline.

We **ORDER** the supplemental reporter's record containing Applicant's Exhibits A1 through A7 and Contestant's Exhibits A through Y filed by **DECEMBER 10, 2018**. We caution Ms. Love-Worline that the failure to do so will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the supplemental reporter's record is filed.

We **DIRECT** the Clerk of the Court to send copies of this order to the Honorable Weldon Copeland, Presiding Judge, Collin County Probate Court; Jacqueline Love-Worline, deputy court reporter, Collin County Probate Court, and to counsel for all parties.

/s/     DAVID J. SCHENCK
          PRESIDING JUSTICE